FILED

01/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0416

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

SAMUEL WADE FRYDENLUND,

    Defendant and Appellant.

## ORDER

Pursuant to Appellant's unopposed motion for extension to file Appellant's reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 1, 2024, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 29 2024